1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                                 **DISTRICT OF NEVADA**

10

11    WILLIE SMITH,                          )
                                             )
12                  Plaintiff,               )          3:13-cv-00202-MMD-WGC
                                             )
13    vs.                                    )
                                             )          **ORDER**
14    HOMES, *et al.*,                       )
                                             )
15                  Defendants.              )
      _____/
16

17          Willie Smith, a Nevada inmate incarcerated at Ely State Prison, submitted a *pro se* Civil

18    Rights Complaint (received April 19, 2013), but has not paid the required filing fee of $350 or filed a

19    complete application to proceed in *forma pauperis.* Plaintiff has failed to include the required

20    financial certificate signed by an authorized prison official or copies of his prison accounts as

21    required by Local Rules of Special Proceedings, rule 1-2.. *See also* 28 U.S.C. § 1915 (a)(2).

22    However, plaintiff will be given an opportunity to filed a complete application or pay the filing fee.

23          **IT IS THEREFORE ORDERED** that plaintiff's application to proceed in *forma pauperis*

24    (ECF No. 1) is **DENIED without prejudice**.  The Clerk shall send to plaintiff a form and instruction

25    for filing an application to proceed in *forma pauperis*.

26          **IT IS FURTHER ORDERED** that plaintiff shall have thirty days from the entry of this

Order to file a complete in *forma pauperis* application, including the financial affidavit and account records.  Failure to timely file the application or pay the full $350 filing fee may result in this action being dismissed.

      Dated, this  10  day of June, 2013.


_____
UNITED STATES MAGISTRATE JUDGE