# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE SMITH, ) | 3:13-cv-00202-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | December 31, 2013 |
| ) | |
| HOMES, et al., ) | |
| ) | |
| Defendants. ) | |

**PRESENT:**  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**  KATIE LYNN OGDEN     **REPORTER:**  NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):**  NONE APPEARING

**COUNSEL FOR DEFENDANT(S):**  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion to Issue Summons. (Doc. # 17.)  Plaintiff requests an order for issuance of a summons for unserved Defendant Cheryl Burson, pursuant to this court's order (Doc. # 10).

Good cause appearing,

**IT IS HEREBY ORDERED** that the Clerk shall issue a Summons for Defendant Cheryl Burson and send the same to the U.S. Marshal with the address provided under seal. (Doc. # 12.)

**IT IS FURTHER ORDERED** that the Clerk shall send to Plaintiff a USM-285 form, a copy of the Complaint (Doc. # 6), and a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have **twenty (20) days** from the date of entry of this Order within which to complete the USM-285 form and return it along with other necessary documents to the United States Marshal for service. After Plaintiff receives information from the Marshal regarding whether or not Defendant Burson has been served, Plaintiff shall file a Notice, forthwith, informing the court of the status of that service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk