## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE SMITH, | ) | 3:13-cv-00202-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 5, 2014 |
| | ) | |
| HOMES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Before the court is Defendants' motion to Stay Responsive Pleading Pending Court Rulings. (Doc. # 29.)  Defendants state that they have accepted service on behalf of Defendants Holmes and Williams and filed the last known address under seal for defendant Burson.  They seek a stay of their responsive pleading until such time as this court has ruled on Defendants' motion for change of venue (Doc. # 13) and Plaintiff's motion for leave to file an amended complaint (Doc. # 23), which motion the defendants do not oppose. (Doc. # 29 at 3.)

   The court has concomitantly herewith entered an order granting Plaintiff's motion for leave to file an amended complaint. The court does not see any correlation between when Defendants should respond to the amended complaint or whether this case is reassigned to the unofficial Southern Division.

   Defendants motion (Doc. # 29) is **DENIED.**

   The courtroom deputy shall schedule a hearing on Defendants' motion for change of venue (Doc # 13) as soon as the court's calendar will accommodate it.

**IT IS SO ORDERED.**

                                LANCE S. WILSON, CLERK


                                By:    /s/
                                       Deputy Clerk