UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIE SMITH, | Case No. 3:13-cv-00202-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| HOMES, et al., | |
| Defendants. | |

This action was filed on April 19, 2013. The Court issued a notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service on C. Burson is filed by September 12, 2013. (Dkt. no. 65.) To date, no proof of service on C. Burson has been filed.

Accordingly, it is ordered, adjudged and decreed that this action be dismissed without prejudice as to C. Burson.

DATED THIS 23rd day of September 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE