AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

WILLIE SMITH,

    Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

        CASE NUMBER: **3:13-cv-00202-MMD-WGC**

HOMES, et al.,

    Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (#85) is granted. It is further ordered that Plaintiff's Motion to Amend the Complaint (#100) is denied.

  January 22, 2016     **LANCE S. WILSON**
                                            Clerk

                                       /s/ D. R. Morgan
                                           Deputy Clerk